UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES

v.                 403CR279
                  406CV168

JAMIE EDWARD BYRD

## ORDER

Defendant Jamie Edward Byrd, having unsuccessfully appealed his bank robbery conviction, *U.S. v. Byrd*, 403 F.3d 1278 (11th Cir. 2005), filed a 28 U.S.C. § 2255 motion which the Magistrate Judge (MJ) now advises this Court to deny. 406CV168, doc. # 5. The Court has reviewed Byrd's Objection to the MJ's Report and Recommendation (R&R) and rejects that Objection. The Court also *DENIES* Byrd's motion (doc. 9) to amend his § 2255 motion -- Byrd has failed to show good cause for waiting until after R&R issued to advance another claim. Accordingly, the Court *ADOPTS* the MJ's Report and Recommendation and *DENIES* defendant's § 2255 motion.

This 23 day of May, 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA