# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

JAMIE EDWARD BYRD,                )
                                  )
    Movant,                       )
                                  )
v.                                )        Case No.  CV406-168
                                  )                  [CR403-279]
UNITED STATES OF AMERICA,         )
                                  )
    Respondent.                   )

## <u>O R D E R</u>

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _22_ day of _Sept._____,2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA