IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
UNITED STATES OF AMERICA      *
                              *
     v.                       *    CR 403-279
                              *
JAMIE EDWARD BYRD             *
```

O R D E R

Before the Court in the captioned case is Defendant Jamie Edward Byrd's request to terminate his term of supervised release. The Court previously denied Byrd's request for early termination on April 17, 2019 (doc. 98) upon weighing the nature of his offenses and his criminal history against his favorable adjustment to supervision.

Byrd's supervising probation officer reports that he has continued to perform well under supervision, except that Byrd tested positive for and admitted to the use of marihuana on January 10, 2020. Consequently, the supervising probation officer does not believe Byrd has completely met the requirements of early release. The Court concurs with this assessment. Upon considering the factors of 18 U.S.C. § 3553(a), the Court concludes that the community at large and Byrd himself will benefit from continued supervision.

Upon the foregoing, Byrd's motion for early termination of supervised release (doc. 99) is **DENIED** without prejudice.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of October, 2020.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```